In the Matter of KATHY TAHAT, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted September 14, 2009; decided November 24, 2009

Reported below, 58 AD3d 921.

Motion, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (*see* CPLR 5513 [b]); motion for leave to appeal otherwise dismissed upon the ground that it does not lie (*see* CPLR 5602).

JOHN VISLOCKY, Respondent, v CITY OF NEW YORK et al., Appellants.

Submitted October 5, 2009; decided November 24, 2009

Reported below, 62 AD3d 785.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.